# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COHN, INC. d/b/a SPROUTS FARMERS MARKET, a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKETS, INC., a Delaware corporation; f/k/a and d/b/a SPROUTS FARMERS MARKETS, LLC, a Delaware limited lability company,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19cv848-JAH (RBB)<br><br>**AMENDED ORDER RESETTING MOTION TO DISMISS AND MOTION TO STRIKE HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED the Motion to Dismiss and Motion to Strike hearing set for March 16, 2020, is **VACATED** and **RESET** to **April 2, 2020, at 10:30 a.m.** The parties shall appear **telephonically**.

**IT IS SO ORDERED.**

DATED: March 18, 2020

_____
Hon. John A. Houston
United States District Judge