# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COHN, INC. d/b/a SPROUTS FARMERS MARKET, a California corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKETS, INC., a Delaware corporation; f/k/a and d/b/a SPROUTS FARMERS MARKETS, LLC, a Delaware limited lability company,<br><br>                              Defendants. | Case No.:  19cv848-JAH (RBB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

Defendants Sprouts *et al.*'s Motion to Dismiss came on for hearing before this Court on April 23, 2020, at 10:00 AM. Counsels for Plaintiff and Defendants appeared telephonically.

Based upon the record in this case, including the pleadings and arguments of counsel, and for the reasons orally pronounced by the Court on the record which are incorporated herein by this reference, IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss is **GRANTED**.
2. Plaintiff's claims under the Unfair Competition Law (Count 1), Intentional and Negligent Tortious Interference (Count 3 and 4), and Franchise Investment Law (Count 6) are **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's claim under the Common Law Unfair Competition (Count 5) is **DISMISSED WITH PREJUDICE**.

4. Plaintiff may file an amended complaint, pursuant to Federal Rules of Civil Procedure 15, on or before **June 4, 2020**.

5. Plaintiff orally moved to supplement the original complaint with any transactions, occurrences or events occurring after the filing of the original complaint. The Court finds good cause to grant the motion. Accordingly, pursuant to Rule 15 (d), Plaintiff may supplement the amended complaint with transactions, occurrences or events occurring after the filing of the original complaint, along with legal theories and/or causes of action based thereon.

6. Defendants may file a responsive pleading within 30 days of receipt.

**IT IS SO ORDERED.**

DATED: April 23, 2020

_____
Hon. John A. Houston
United States District Judge