UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COHN, INC. d/b/a SPROUTS FARMERS MARKET, a California corporation,<br><br>                       Plaintiff,<br>v.<br>SPROUTS FARMERS MARKETS, INC., a Delaware corporation; f/k/a and d/b/a SPROUTS FARMERS MARKETS, LLC, a Delaware limited lability company,<br><br>                       Defendant. | Case No.: 19cv848-JAH (RBB)<br><br>**ORDER VACATING HEARING** |

    After careful review, the Court deems Defendant Sprouts Farmers Market, Inc. motion to dismiss Plaintiff Ronald Cohn's first amended complaint (Doc. No. 41), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

    Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument and the hearing set for August 5, 2020, at 2:30 p.m. is VACATED. The Court will issue an order in due course

    **IT IS SO ORDERED.**

DATED: July 29, 2020

                                                                                   Hon. John A. Houston
                                                                                    United States District Judge

1