# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COHN, INC. d/b/a SPROUTS FARMERS MARKET, a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SPROUTS FARMERS MARKETS, INC., a Delaware corporation; f/k/a and d/b/a SPROUTS FARMERS MARKETS, LLC, a Delaware limited lability company,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 19-cv-00848-JAH-RBB<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE AND CONTINUE ALL DATES 60 DAYS**<br><br><br>District Judge: Hon. John A. Houston<br>Magistrate: Hon. Ruben B. Brooks<br><br>Compl. Filed: May 6, 2019<br>Amended Compl. Filed: June 4, 2020<br>Counterclaim filed: March 8, 2021 |

       On May 18, 2021, Plaintiff and Counter-Defendant Ronald Cohn, Inc. ("Cohn") and Defendant and Counter-Claimant Sprouts Farmers Markets, Inc. ("Sprouts"), filed a Joint Motion to Continue the Settlement Conference and Related Dates. *See* Doc. No. 68. On May 20, 2021, Magistrate Judge Brooks found good cause to grant the motion with respect to the Settlement Conference, the Order to Show Cause hearing previously scheduled, and the Fed. R. Civ. P. 26 compliance dates. *See* Doc. No. 69. However, Magistrate Judge Brooks did not find good cause to continue the dates set forth in his Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings. *See Id.*

///

After reviewing both the parties' prior Joint Motion to (Doc. No. 68) and the instant Joint Motion for a Stay, it is clear that the specific contours of the parties' settlement negotiations were not presented to Magistrate Judge Brooks. In light of such disclosure, and in lieu of remanding the matter to Judge Brooks for reconsideration, the Court finds there is good cause to grant the parties' motion. Accordingly, **IT IS HEREBY ORDERED** the Joint Motion to Stay Case and Continue All Dates 60 Days is **GRANTED**. This action is stayed for 60-days and all previously set dates in the case are continued 60 days. The revised schedule for the case is as follows:

| Dkt. | Deadline | Current Date | Proposed New Date |
|---|---|---|---|
| 57 | Settlement Conference | June 3, 2021, at 9:00 a.m. – All Day | August 3, 2021, at 8:30 a.m. – All Day |
| 57 | Settlement Conference Brief | May 27, 2021 | July 27, 2021 |
| 56 | Rule 26(f) conference | Completed | Completed |
| 56 | Joint Discovery Plan | June 17, 2021 | August 16, 2021 |
| 56 | Initial Disclosures (Rule 26(a)) | June 24, 2021 | August 23, 2021 |
| 60 | Join Parties, Amend Pleadings, or File Additional Pleadings | July 6, 2021 | September 3, 2021 |
| 60 | Fact Discovery Completed / Discovery Cutoff (non-expert) | November 5, 2021 | January 4, 2022 |
| 60 | Deadline to serve Written Discovery | September 3, 2021 | November 2, 2021 |
| 60 | Expert Designation | December 3, 2021 | February 1, 2022 |
| 60 | Rebuttal Expert Designation | December 17, 2021 | February 15, 2022 |
| 60 | Rule 26(a)(2)(A) and (B) Disclosures | January 21, 2022 | March 22, 2022 |
| 60 | Rule 26(a)(2)(D) Disclosures | February 4, 2022 | April 5, 2022 |
| 60 | Expert Discovery Cutoff | March 4, 2022 | May 3, 2022 |
| 60 | Pretrial Motions | April 4, 2022 | June 3, 2022 |
| 60 | Pre-Trial Disclosures | July 1, 2022 | August 30, 2022 |

| 60 | Local Rule 16.1(f)(4) Stipulations and Agreements | July 11, 2022 | September 12, 2022 |
| --- | --- | --- | --- |
| 60 | Plaintiff's Counsel to provide Proposed Pre-Trial Order | July 18, 2022 | September 19, 2022 |
| 60 | Final Pretrial Order and Rule 26(a)(e) Pretrial Disclosures | July 25, 2022 | September 26, 2022 |
| 60 | Final Pretrial Conference | August 1, 2022, at 2:30 p.m. | October 3, 2022, at 2:30 pm. |

**IT IS SO ORDERED.**

Dated: June 2, 2021

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE